ACCEPTED
12-14-00129-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/2/2015 11:40:13 AM
CATHY LUSK
CLERK

STEPHEN EVANS
ATTORNEY AT LAW
P.O. BOX 754   1000 North Church
PALESTINE, TEXAS 75801
903-723-3364  Fax 903-723-0124

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/2/2015 11:40:13 AM

CATHY S. LUSK
Clerk

April 2, 2015

Clerk of the Court
Twelfth Court of Appeals
1517 West Front Street   Suite 354
Tyler, Texas 75702
Via Efile

Re:   Jeffery Edward Allen v. The State of Texas, Appeal No. 12-14-00129-CR

Dear Clerk of the Court

   In accordance with Rule 48.4, I certify that on April 2, 2015, I sent a copy of this Court's Opinion to Jeffery Edward Allen at his last known address. That letter also advised Jeffery Edward Allen of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested.

                                      Sincerely,

                                      Stephen Evans

SE/sce
encl. Attch letter to client

STEPHEN EVANS
ATTORNEY AT LAW
P.O. BOX 754    1000 North Church
PALESTINE, TEXAS 75801
903-723-3344   Fax 903-723-6523

April 2, 2015

Jeffery Edward Allen
TDC No. 01931790
Bradshaw State Jail
P.O. Box 9000
Henderson, Texas 75653

Appeal Number:   12-14-00129-CR

Dear Mr. Allen:

Today, I received the opinion from the Twelfth Court of Appeals.  I am also enclosing the judgment from that court.  The Court of Appeals ruled against you in that they found there was sufficient evidence to convict you, and overruled the  point of error cited in the appeal brief.

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas.  The Court of Criminal Appeals is not required to hear appeals, unlike the Twelfth Court of Appeals.  The Court of Criminal Appeals has discretionary review authority in criminal cases.  Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the Twelfth Court of Appeals pursuant to Texas Rule of Appellate Procedure 68.  The date of the opinion was March 31, 2015, so a PDR would be due to be filed with the Twelfth Court of Appeals no later than April 30, 2015.  The Twelfth Court of Appeals would forward any PDR to the Court of Criminal Appeals.  The address to the Twelfth Court of Appeals is shown in the enclosed cover letter from the court.   I do not feel that grounds exist justifying the filing of a PDR in your case, and while I disagree with the Court's ruling, they considered the evidence in a thorough manner in reaching their decision.  Should you feel otherwise, it would be up to you to draft and file the PDR in a timely manner.

Feel free to contact me if you have any questions.

Sincerely,

Stephen Evans

**Cert Mail No.  70062150000280953974**